JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE AKHIAN, in his individual and representative capacity as trustee of the George Akhian Revocable Trust; ANDON TONY AKHIAN, in individual and representative capacity as trustee of the Tony A. Akhian Revocable Trust; FASTAURANTS, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.:<br>CV 15-8564-DMG (KSx)<br><br>**ORDER RE DISMISSAL OF ACTION [23]** |

Pursuant to Fed. R. Civ. P. 41(a)(1), this action is hereby ordered dismissed with prejudice. The parties shall bear their own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

DATED: April 15, 2016

                                    _____
                                    DOLLY M. GEE
                                  UNITED STATES DISTRICT JUDGE